ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>MISAEL CORDERO DELGADO AND<br><br>VERONICA RIVAS ZAMUDIO,<br><br>　　　　　　Debtors. | Case No.: 2022-11559<br>Chapter 13<br><br>DCN: AF-001<br><br>**EX PARTE MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND OTHER REQUIRED FILINGS**<br><br>**Before: Hon. Rene Lastreto, II**<br><br>Case filed: September 8, 2022<br>Requested extension: October 10, 2022 |

**TO THE HONORABLE JUDGE RENE LASTRETO, II:**

　　Come now, Misael Cordero Delgado and Veronica Rivas Zamudio, (hereinafter referred to as the "Debtors"), by and through their attorney of record, Farsad Law Office, P.C., and hereby move this Court for an extension of time to file the balance of Schedules, Statements, and Other Required Filings to complete their initial Chapter 13 case filing / petition.

　　The Debtors filed a Chapter 13 on September 8, 2022 and the original deadline to file the Schedules, Statements, and Other Required Documents is September 22, 2022. The Debtors are requesting an extension of time of 30 days from the date of filing / until October 10, 2022 to complete all required filings.

Ex-Parte Motion for Extension of Time　　　　1

The Debtors submit this Ex-Parte motion pursuant to 11 U.S.C. section 705 or appointed pursuant to section 1102 of the code, trustee, examiner, or other party as the Court may direct. The "skeletal" emergency petition was filed in order to halt a civil proceeding initiated by a creditor of the Debtors. The Debtors dispute the claim of this creditor and believe the contention may be best resolved through the instant case.

The Debtors need said extension because Debtors' counsel intends to submit a complete and accurate disclosure of the Debtors' assets and liabilities. The Debtors are working on tax returns that are needed, bank account statements, and other financial documents that are necessary for the balance of the petition.

Consequently, additional time is necessary to review Debtors' documents in order to carefully assess and submit Debtors' financial information.

WHEREFORE, the Debtors move this Court for an order granting it thirty (30) days / until **October 10, 2022** to complete their filing.

Respectfully submitted,

FARSAD LAW OFFICE, P.C.


Dated: September 17, 2022


*/s/ Arasto Farsad*
Arasto Farsad, Esq.

Attorneys for Debtors